**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Certain Underwriters at Lloyds, London, subscribing to Policy No. TMASDWIA349

Appellate case number:     01-19-00880-CV

Trial court case number:   1123513

Trial court:           County Civil Court at Law No. 2 of Harris County

      Relator has filed a petition for writ of mandamus, complaining of the trial court's denial of their plea to the jurisdiction.

      Relator filed a motion for emergency relief and now has filed an amended motion for emergency relief. The Court **grants** the amended motion for emergency relief and orders all trial court proceedings **stayed pending disposition of the petition for writ of mandamus**. Relator's original motion for emergency relief is dismissed as moot.

      It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
              ☑ Acting individually    ☐ Acting for the Court

Date: ___February 20, 2020_____